FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 10:56:34 AM
CHRISTOPHER A. PRINE
Clerk

ACCEPTED
01-15-00615-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 10:56:34 AM
CHRISTOPHER PRINE
CLERK



# IN THE FIRST COURT OF APPEALS

## NO. 01-15-00615-CV

### RAYMOND C. CLARK, JR., Appellant

### V.

### WENDY JEAN MORROW CLARK, Appellee

On Appeal from the 300th Judicial District Court
Brazoria County, Texas
Trial Court Cause No. 68312

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

William J. Robertson
State Bar No. 17077500
9800 Northwest Freeway
Suite 314
Houston, Texas 77092
(713) 263-9911 Tele.
(866) 657-5609 Fax
Robertsonlawfirm@gmail.com
**ATTORNEY FOR APPELLANT**

1

IN THE FIRST COURT OF APPEALS

NO. 01-15-00615-CV

RAYMOND C. CLARK, JR., Appellant

V.

WENDY JEAN MORROW CLARK, Appellee

On Appeal from the 300th Judicial District Court
Brazoria County, Texas
Trial Court Cause No. 68312

# APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

To the Honorable Justices of the First Court of Appeals:

Appellant, Raymond C. Clark, Jr., respectfully request the Court to extend the deadline for filing her Appellant's Brief by 3 days from December 14, 2015 to December 17, 2015 pursuant to the Texas Rules of Appellate Procedure 10.5 (b) and 38.6 (d), and in accordance with the local rules of this Honorable Court. In support thereof the Appellant would show as follows:

1.     Appellant request a 3 day extension of time for the deadline for filing the Appellant's Brief such that the Brief is considered timely filed on December 17, 2015.

2.     The Appellant's Brief was due on December 14, 2015. Counsel for Appellant attempted to file the Appellant's Brief on December 14, 2014 and learned that there was data corruption arising from the document conversion process in the Appellant's Brief submitted and the Appellant's Brief could not be accepted by the Clerk. (Exhibit A attached hereto).

3.     Appellant was able to fix the problem concerning the corrupted document conversion data and re-filed the Appellant's Brief on December 16, 2015 only to have it rejected again because it was not in a searchable format. (Exhibit B attached hereto).

4.     The Appellant's Brief was immediately corrected and filed on December 17, 2015. The Appellant's Brief has been accepted. (Exhibit C attached hereto).

5.     Based on the foregoing, Appellant respectfully prays that this Court extend the deadline for filing the Appellant's Brief by 3 days from December 14, 2015 to December 17, 2015.

Respectfully submitted,

*/s/ William J. Robertson*

_____

William J. Robertson
State Bar No. 17077500
9800 Northwest Freeway
Suite 314
Houston, Texas 77092
(713) 263-9911 Tele.
(866) 657-5609 Fax
Robertsonlawfirm@gmail.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing "Appellant's Third Motion for Extension of Time to File Appellant's Brief" was forwarded by facsimile and/or by U.S. Certified Mail, Return Receipt Requested to the counsel of record on this 17th day of December 2015.

*/s/ William J. Robertson*

_____

William J. Robertson

4

## William J. Robertson

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Monday, December 14, 2015 8:17 PM |
| **To:** | Robertsonlawfirm@gmail.com |
| **Subject:** | eFileTexas.gov – Submission Failure - 8233391 |



# Submission Failure
### Envelope Number: **8233391**

This envelope was **not** successfully submitted

| Error Details | |
|---|---|
| **Filings in Error** | Brief Not Requesting Oral Argument |
| **Document Causing Error** | Appellant's Brief.pdf |
| **Error Reason(s)** | DocumentConversion |

| Filing Details | |
|---|---|
| **Case Number** | 01-15-00615-CV |
| **Case Style** | |
| **Date/Time Submitted** | 12/14/2015 8:15:02 PM |

Please do not reply to this email. It was generated automatically by eFileTexas.gov



1

**William J. Robertson**

**From:** No-Reply@eFileTexas.gov
**Sent:** Wednesday, December 16, 2015 4:14 PM
**To:** Robertsonlawfirm@gmail.com
**Subject:** eFileTexas.gov - Filing Submitted - 8271129



# Filing Submitted

### Envelope Number: 8271129

The filing below has been submitted to the clerks office for review. Please allow up to 24 business hours for clerk office processing.

| Filing Details | |
| --- | --- |
| **Court** | Courts of Appeals |
| **Date/Time Submitted:** | 12/16/2015 4:11:20 PM |
| **Filing Type:** | Brief Not Requesting Oral Argument |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | William Robertson |

| Fee Details | |
| --- | --- |
| This envelope is pending review and fees may change. | |
| Case Fee Information | $0.00 |
| Brief Not Requesting Oral Argument | $0.00 |

**Total:** $0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
| --- | --- |
| **Lead File:** | Appellant's Brief & Appendix.pdf |
| **Lead File Page Count:** | 204 |
| **File Copy** | https://efile.txcourts.gov/ViewDocuments.aspx?FID=0674ce5e-bd5a-41ee-9dd5-23839101a5b6<br>This link is active for 35 days. |

| Contact your service provider with any questions |
| --- |
| Need Help? Help<br>Visit: https://efiletexas.gov/contacts.htm<br>Email: support@eFileTexas.gov |

1

B

**William J. Robertson**

**From:** No-Reply@eFileTexas.gov
**Sent:** Wednesday, December 16, 2015 4:21 PM
**To:** Robertsonlawfirm@gmail.com
**Subject:** eFileTexas.gov – Filing Returned - 8271129



# Filing Returned

Envelope Number: **8271129**

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** The clerk's office has the right to preserve the original submission date for the file stamp when the corrections are made in a timely manner.

| Return Reason(s) from Clerk's Office | |
| --- | --- |
| **Reject Reason** | Document not text (PDF) searchable |
| **Return Comment** | Rejected - however, your document has been rejected because it is not PDF searchable as required by TRAP 9.4(j). Please resubmit in proper format. |

| Document Details | |
| --- | --- |
| **Court** | Courts of Appeals |
| **Case Style** | |
| **Date/Time Submitted** | 12/16/2015 4:11:20 PM |
| **Filing Type:** | Brief Not Requesting Oral Argument |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | William Robertson |

For Questions or Technical Assistance, contact:

Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was generated automatically by eFileTexas.gov>

1

B

## William J. Robertson

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Thursday, December 17, 2015 8:07 AM |
| **To:** | Robertsonlawfirm@gmail.com |
| **Subject:** | eFileTexas.gov - Filing Submitted - 8275263 |



# Filing Submitted
### Envelope Number: 8275263

The filing below has been submitted to the clerks office for review. Please allow up to 24 business hours for clerk office processing.

### Filing Details

| | |
|---|---|
| **Court** | Courts of Appeals |
| **Date/Time Submitted:** | 12/17/2015 8:05:33 AM |
| **Filing Type:** | Brief Not Requesting Oral Argument |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | William Robertson |

### Fee Details

This envelope is pending review and fees may change.

| | |
|---|---|
| Case Fee Information | $0.00 |
| Brief Not Requesting Oral Argument | $0.00 |

**Total:** $0.00 (The envelope still has pending filings and the fees are subject to change)

### Document Details

| | |
|---|---|
| **Lead File:** | Appellant's Brief & Appendix.pdf |
| **Lead File Page Count:** | 204 |
| **File Copy** | https://efile.txcourts.gov/ViewDocuments.aspx?FID=475edefe-5c2c-4ac0-9139-2b07f73c7f29<br>This link is active for 35 days. |

### Contact your service provider with any questions

Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

1

C

**William J. Robertson**

From:       No-Reply@eFileTexas.gov
Sent:       Thursday, December 17, 2015 8:55 AM
To:         Robertsonlawfirm@gmail.com
Subject:    eFileTexas.gov – Filing Accepted - 8275263



# Filing Accepted
### Envelope Number: **8275263**

The filing below was reviewed and has been accepted by the clerks office. Be sure to click the link below to retrieve your file stamped copy of the document filed.

| Filing Details | |
|---|---|
| Court | Courts of Appeals |
| Case Number | 01-15-00615-CV |
| Case Style | |
| Date/Time Submitted | 12/17/2015 8:05:33 AM |
| Date/Time Accepted | 12/17/2015 8:54:48 AM |
| Accepted Comments | Accepted |
| Filing Type | Brief Not Requesting Oral Argument |
| Activity Requested | EFileAndServe |
| Filed By | William Robertson |

| Document Details | |
|---|---|
| Lead File | Appellant's Brief & Appendix.pdf |
| Lead File Page Count | 204 |
| File Stamped Copy | https://efile.txcourts.gov/ViewDocuments.aspx?FID=475edefe-5c2c-4ac0-9139-2b07f73c7f29<br>This link is active for 35 days. |

| Contact your service provider with any questions |
|---|
| Need Help? Help<br>Visit: https://efiletexas.gov/contacts.htm<br>Email: support@eFileTexas.gov |



Please do not reply to this email. It was generated automatically by eFileTexas.gov